UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHANNA IMMELT,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON DEPARTMENT OF LICENSING REAL ESTATE APPRAISER PROGRAM, et al.<br><br>                Defendants. | CASE NO. 3:20-CV-05617-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's claims against Defendant Real Estate Appraiser Program are **DISMISSED** without leave to amend and the Real Estate Appraiser Program is terminated as a Defendant; and

ORDER - 1

(3)   Plaintiff's *in forma pauperis* application, Dkt. 3, is **GRANTED**.

Dated this 6th day of October, 2020.

BENJAMIN H. SETTLE
United States District Judge